PER CURIAM: David Watley appeals from an order of the trial court revoking 
his probation

 
 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals
 
The State,       
Respondent,
 
 
 

v.

 
 
 
David Watley,       
Appellant.
 
 
 

Appeal From Lexington County
Marc H. Westbrook, Circuit Court Judge

Unpublished Opinion No. 2003-UP-015
Submitted October 22, 2002  Filed January 
 7, 2003   

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant
Deputy Director for Legal Services Teresa A. Knox, Legal 
 Counsel Tommy Evans, Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent
 
 
 

PER CURIAM:  David Watley appeals from an 
 order of the trial court revoking his probation.  Watley initially pleaded guilty 
 to two counts of criminal domestic violence of a high and aggravated nature 
 and one count of unlawful neglect of a child.  The trial court sentenced Watley 
 to concurrent sentences of ten years imprisonment on each charge, suspended 
 upon the service of five years probation.  Watley subsequently violated his 
 probation.  The trial court revoked three years of Watleys suspended sentence 
 and terminated probation. 
Pursuant to Anders v. California, 386 U.S. 
 738 (1967), counsel for Watley attached to the final brief a petition to be 
 relieved as counsel, stating she had reviewed the record and concluded Watleys 
 appeal is without legal merit sufficient to warrant a new trial.  Watley did 
 not file a separate pro se response brief.
After a review of the record pursuant to Anders 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 the appeal and grant counsels petition to be relieved.
APPEAL DISMISSED.
CONNOR, STILWELL, and HOWARD, JJ., concur.